# EXHIBIT 8

FAEGRE & BENSON LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

MARY V. SOOTER
MSooter@faegre.com
303/447-7767

March 2, 2009

**VIA E-MAIL**

Michael E. Joffre, Esq.
Kellogg Huber Hanson Todd
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3215

Re: *In re Rembrandt / MDL Docket No. 07-md-1848 (GMS) CableLabs Subpoenas*

Dear Michael:

CableLabs has received the subpoena ad testificandum stating that Rembrandt seeks to depose CableLabs on March 16, 2009. First, an initial reading of the subpoena reveals that it is very broad, and will therefore be quite burdensome on CableLabs. We are in the process of reviewing it in more detail, and after that review, we hope to discuss the scope with you in an effort to narrow it to some extent. We will be in touch on this topic this week.

Second, please be advised that regardless of the scope of the deposition, our schedules cannot accommodate a deposition on March 16; however, after we discuss with you our concerns regarding the scope of the deposition, we will be happy to coordinate with you regarding an alternative date. Please let me know if that poses any problems to you.

Thank you for your flexibility and understanding.

Very truly yours,

Mary V. Sooter

MVS:jac
Encl.

fb.us.3740505.01