# EXHIBIT 9

FAEGRE & BENSON LLP

UNITED STATES | ENGLAND | GERMANY | CHINA

MARY V. SOOTER
MSooter@faegre.com
303/447-7767

March 11, 2009

**VIA E-MAIL**

Michael E. Joffre, Esq.
Kellogg Huber Hanson Todd
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3215

Re: *In re Rembrandt / MDL Docket No. 07-md-1848 (GMS) CableLabs Subpoenas*

Dear Michael:

I write in response to Rembrandt's February 26, 2009 subpoena *ad testificandum* and *duces tecum* to CableLabs seeking a Fed. R. Civ. P. 30(b)(6) deposition of CableLabs.

As an initial matter, the subpoena is overbroad and unduly burdensome. The subpoena lists twenty-three deposition topics, including **one hundred and eight (108) subparts.** The subpoena is far outside the boundaries of reasonable non-party discovery and will impose an unreasonable burden and expense on CableLabs. In many instances the topics are so broad that it is impossible to prepare a witness(es) on the topics or the topics would necessitate many different deponents, some of whom have **already** been deposed in this case. In short, the subpoena as served must be significantly narrowed.

CableLabs objects to the topics as set forth below:

**A. Topics For Which CableLabs Employees Have Already Provided Deposition Testimony**

CableLabs objects to topics 2, 3, 9.a–j, 10.a–g,[1] 11.a–f regarding licensing and the DOCSIS Patent Pool as overbroad and unduly burdensome and because the person most knowledge regarding these topics, Dorothy Raymond, CableLabs' former General Counsel, has already provided extensive deposition testimony regarding these topics. Therefore, CableLabs objects to a second deposition on these topics.

CableLabs objects to topics 13, 14, 15, 16, 22, 23 regarding testing and certification as overbroad and unduly burdensome and because Rembrandt already deposed Carmela Stuart, CableLabs' Director of Test Development, on these topics on March 10, 2009.

[1] Additionally, topic 10.g is redundant of 9.i.

**B. Topics For Which CableLabs Does Not Have Knowledge or An Appropriate Witness**

CableLabs objects to topics 6, 8.a, and 8.c as unduly burdensome and seeking information which is not in CableLabs' possession. CableLabs in not involved in the design of cable modems and CMTS devices and, therefore, does not have information relating to these topics.

CableLabs objects to topics 22 and 23 as unduly burdensome and seeking information which is overbroad and not within CableLabs' possession.

**C. Topics Which Are Vague and Confusing**

CableLabs objects to topic 18 as confusing and vague. As written, CableLabs is unable to adequately prepare a witness.

**D. Topics for Which CableLabs Has Produced Documents**

CableLabs has produced over 160,000 pages of documents in this case, and will soon produce still more documents. CableLabs objects to preparing for topics 1, 5, 9.a, 9.f–i, 10.g, 12.b, 14.a, 15, 16.d, and 17.c because the information sought by these topics is available in those documents, in documents that are publicly available, or in documents otherwise in the possession of the parties to this case.

**E. Topics For Which CableLabs Is Willing to Provide Additional Witnesses**

CableLabs objects to topics 1, 4, 5, 7, 8.b, 12–17, 19–23 as overbroad and unduly burdensome and to the extent that Rembrandt has already deposed CableLabs' employees on these Topics. In an effort to compromise, however, CableLabs agrees to provide a witness(es) to testify as follows:

- With respect to topics 1 and 4, CableLabs objects to providing a witness regarding specific communications with dozens of companies over the course of more than a decade. Moreover, CableLabs has produced numerous documents to Rembrandt on that relate to this topic, and CableLabs objects to preparing a witness to testify about the contents of these documents when Rembrandt can just as easily refer to the documents. CableLabs will provide a witness(es) to testify generally regarding the types of communications that occur between CableLabs and the defendants concerning the topics set forth in this Topic.

- With respect to Topic 5, CableLabs objects to providing a witness on "any" fees or contributions made to CableLabs by "any" specific MSO. CableLabs will provide a witness(es) to testify generally regarding the types of membership fees, capital infusions and contributions that are made to it by the MSOs, and the general bases on which the contributions are made.

- With respect to Topic 7, CableLabs objects to "and or modifying or revising cable modems, CMTS devices, and other equipment in response to each successive version of DOCSIS." As set forth above, CableLabs is not involved in the design of cable modems and CMTS devices and therefore does not have information relating to these topics.

- With respect to Topic 8(b), CableLabs objects to providing a witness to testify regarding costs charged in connection with testing specific cable modems. CableLabs will provide a witness to testify generally regarding the types of costs that CableLabs incurs to test and certify cable modems.

- With respect to Topics 12, 13, 15 and 16, CableLabs will provide a witness to testify generally regarding the creation of the DOCSIS specifications and CableLabs' general testing and certification process for cable modems and CMTS devices, including the general types of documentation CableLabs creates or receives in connection with its testing. With respect to Topic 15, CableLabs objects to Rembrandt's request that "[t]he witness bring and explain an exemplar of such documents" as beyond the permissible scope of a Rule 30(b)(6) deposition.

- With respect to Topics 14, 22 and 23, it is impossible to provide a witness (or even several witnesses) to testify regarding "all cable modem and CMTS devices" that CableLabs has ever tested. With respect to Topic 14, CableLabs will provide a witness(es) to testify generally regarding CableLabs' testing and certification of cable modems and CMTS devices. With respect to Topics 22 and 23, CableLabs will provide a witness(es) to testify generally regarding the subject matter of these Topics, without reference to specific cable modems.

- With respect to Topic 17, 19, 20 and 21, CableLabs will provide a witness(es) to testify generally regarding these Topics. CableLabs objects to providing a witness to testify regarding specific employees, communications or meetings.

I look forward to hearing from you and thank you in advance for your cooperation.

Very truly yours,

Mary V. Sooter

MVS:jac

fb.us.3768001.01